UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: KENNETH ALLEN PENDERGRASS, { CHAPTER 13
 {
 {
   DEBTOR(S) { CASE NO. R17-42492-MGD
 {
 { JUDGE DIEHL


**<u>SUPPLEMENTAL OBJECTION TO CONFIRMATION</u>**


 COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to
Confirmation of the plan for the following reasons:

 1.  The Chapter 13 petition fails to include a debt owed
to National Title Pawn of Dalton - Walnut, in violation of
Bankruptcy Rule 1007(a)(1) and 11 U.S.C. Section 1325(a)(3).

 2.   The proposed plan fails to provide for the treatment
of National Title Pawn of Dalton - Walnut.  However, said
creditor has filed a secured claim.

 WHEREFORE, the Trustee moves the Court to inquire into the
above objections, deny Confirmation of this Debtor's (s') Plan
and to dismiss the case; or, in the alternative, convert the
case to one under Chapter 7.

 February 7, 2018


     _____/s/_____
     K. Edward Safir, Attorney
     for Chapter 13  Trustee
     GA Bar No. 622149


Mary Ida Townson, Chapter 13 Trustee
Suite 2200 - 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com

R17-42492-MGD

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR(S):

KENNETH ALLEN PENDERGRASS
1807 MALONE DRIVE
DALTON, GA 30720-5649

ATTORNEY FOR DEBTOR(S):

RICKMAN & ASSOCIATES, PC
SUITE 200
1755 NORTH BROWN ROAD
LAWRENCEVILLE, GA 30043

in the foregoing matter with a copy of this pleading by
depositing in the United States Mail a copy of same in a
properly addressed envelope with adequate postage thereon.

This 7th day of February 2018


_____/s/_____
K. Edward Safir, Attorney
for Chapter 13  Trustee
GA Bar No. 622149


Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com