# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re:  Debtor(s)
**Russell Sean Collins**
1309 Christiana Dr.
Lawrenceville, GA 30043

Case No.: **16−64634−lrc**
Chapter:  **13**
Judge:  **Lisa Ritchey Craig**

xxx−xx−0581

## ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

It appearing that the case of the above−named Debtor(s) was dismissed by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

_____
Lisa Ritchey Craig
United States Bankruptcy Judge

Dated: March 14, 2017

Form 176

United States Bankruptcy Court
Northern District of Georgia

In re:
Russell Sean Collins
    Debtor

Case No. 16-64634-lrc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-9      User: rodriguez      Page 1 of 1      Date Rcvd: Mar 14, 2017
                              Form ID: 176       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2017.
db         +Russell Sean Collins,   1309 Christiana Dr.,   Lawrenceville, GA 30043-5209
aty        +Tyler A. Moore,   Daniels & Taylor, P.C.,   Suite 300,   390 W. Crogan Street,
           Lawrenceville, GA 30046-6923

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2017 at the address(es) listed below:
         Adam M. Goodman   cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
         Gregory M. Eells   on behalf of Creditor   Lendmark Financial Services, LLC
          bkecfnotices@eellslawgroup.com
         Gregson T. Haan   on behalf of Creditor   ALLY FINANCIAL INC ghaan@mphlawfirm.com
         H. Tucker Dewey   on behalf of Creditor   American Honda Finance Corp. tdewey@deweylawfirm.com
         Julie D. Mehelic   on behalf of Creditor   Wells Fargo Bank, N.A. jumehelic@logs.com,
          gaecfnotifications@logs.com
         Lucretia Lashawn Scruggs   on behalf of Creditor   Wells Fargo Bank, N.A.
          GAECFNotifications@logs.com,   lscruggs@logs.com
         Tyler A. Moore   on behalf of Debtor Russell Sean Collins tyler@danielstaylor.com,
          katie@danielstaylor.com,dtcalendar@danielstaylor.com
         Vanessa A Leo   on behalf of Creditor   ALLY FINANCIAL INC valeo@logs.com
                                                                        TOTAL: 8